STATE EX REL. RANKIN *v.* WORDEN, JUDGE.

[No. 27,665. Filed April 14, 1942.]

·*Fred Rankin,* of Michigan City, *pro se.*

PER CURIAM.—This is an original action in which it appears that the relator, an inmate of the Indiana State Prison, filed his petition for a writ of *habeas corpus;* that a writ issued, which was afterward dis-

solved, and his petition dismissed. Relator seeks an order mandating the respondent to allow the relator to appeal from the judgment in the *habeas corpus* proceeding "as a poor person."

The relator may appeal, of course, without permission of the respondent court. It is assumed that he seeks a transcript of the record at the expense of the county. The appeal which he seeks to perfect is not from a judgment against him in the criminal prosecution. In the *habeas corpus* proceeding he is the moving party. For the reasons indicated in *State ex rel. Cutsinger* v. *Spencer, Judge* (1941), *ante,* p. 148, 37 N. E. (2d) 88, 41 N. E. (2d) 601, he is not entitled to the relief prayed.

The petition is denied.

NOTE.—Reported in 40 N. E. (2d) 970.